UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

     Plaintiff,                                   Case No. 3:20-cr-114

vs.

DAVONTAE HALL,                        District Judge Michael J. Newman

     Defendant.

---

**ORDER: (1) FINDING DEFENDANT IN VIOLATION OF THE CONDITIONS OF HIS SUPERVISED RELEASE; (2) REVOKING ANY TIME REMAINING ON DEFENDANT'S TERM OF SUPERVISED RELEASE; (3) SENTENCING DEFENDANT TO A 12-MONTH TERM OF IMPRISONMENT WITH NO SUPERVISED RELEASE TO FOLLOW; AND (4) CONFIRMING THIS CASE REMAINS TERMINATED ON THE DOCKET**

---

During late March 2025, Defendant in this felony criminal case was serving a total term of 3 years supervised release.  *See* Doc. No. 21.  On October 31, 2025, Defendant's supervising probation officer submitted an amended petition informing the Court that on July 22, 2025, Defendant pled guilty in a separate federal case, *USA v. Davontae Hall*, 3:25-cr-37, to possession of a firearm by a convicted felon, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8).  Doc. No. 26 at PageID 163-64; *see* 3:25-cr-37, Doc. No. 26.

As a result of Defendant's guilty plea, the Court issued a warrant for his arrest in the instant case.  Doc. No. 24.  On January 14, 2026, the Court held a final supervised release violation hearing during which Defendant appeared, AFPD Arthur Mullins appeared on behalf of Defendant, and AUSA Brent Tabacchi appeared on behalf of the Government.  *See USA v. Davontae Hall*, 3:25-cr-37, Minute Entry (Jan. 14, 2026).  Probation Officers Ashlei Lang and Jennifer Wright were also present.  During this hearing, Defendant admitted to violating the condition of his supervised release that required him not to commit another federal, state, or local crime.  *See id.*  Pursuant to

the record of Defendant's final supervised release hearing, the Court: (1) **FINDS** Defendant in violation of the conditions of his supervised release; (2) **REVOKES** any time remaining on his current term of supervised release; and (3) **SENTENCES** Defendant to a 12-month term of imprisonment with no supervised release to follow.

The case remains **TERMINATED** on the docket.

**IT IS SO ORDERED.**

February 11, 2026                                    s/*Michael J. Newman*
                                                     Hon. Michael J. Newman
                                                     United States District Judge

2